# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.:  3:19-cr-182 |
| Plaintiff, | : | District Judge Michael J. Newman |
| v. | : | |
| KEITH HUNTER | : | ORDER AND ENTRY GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |
| Defendant. | : | |

Upon Motion of Defendant and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension up to and including **May 19, 2021**, to file a Supplement.

So ORDERED.

s/Michael J. Newman
Hon. Michael J. Newman
UNITED STATES DISTRICT JUDGE

1